# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK JESUS ODEN, SR., | ) 1:14-cv-00873-LJO-BAM (PC) |
| Plaintiff, | ) FINDINGS AND RECOMMENDATIONS |
| v. | ) REGARDING DISMISSAL OF ACTION ) FOR FAILURE TO OBEY A COURT ) ORDER AND FAILURE TO STATE A |
| STATE OF CALIFORNIA, et al., | ) CLAIM |
| Defendants. | ) (ECF No. 12) |
| | ) FOURTEEN-DAY DEADLINE |

Plaintiff Derrick Jesus Oden, Sr., ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on June 9, 2014.

On February 13, 2015, the Court dismissed Plaintiff's first amended complaint with leave to amend within thirty days. 28 U.S.C. § 1915A. Plaintiff was warned that if he failed to file a second amended complaint in compliance with the order, this action would be dismissed for failure to obey a court order and failure to state a claim. More than thirty days have passed, and Plaintiff has not complied with or otherwise responded to the order.

The deadline for Plaintiff to file his amended complaint has passed and Plaintiff has not complied with or otherwise responded to the Court's order. As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.

1

1  Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), IT IS HEREBY RECOMMENDED that this action be dismissed based on Plaintiff's failure to obey a court order and failure to state a claim.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within **fourteen (14) days** after being served with these Findings and Recommendations, Plaintiff may file written objections with the Court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may result in the waiver of the "right to challenge the magistrate's factual findings" on appeal.  Wilkerson v. Wheeler, 772 F.3d 834, 839 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   **March 25, 2015**           /s/ Barbara A. McAuliffe
                                      UNITED STATES MAGISTRATE JUDGE