# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK JESUS ODEN, SR.,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Defendants. | Case No.: 1:14-cv-00873-LJO-BAM (PC)<br><br>ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT<br><br>(ECF No. 24) |

    Plaintiff Derrick Jesus Oden, Sr. ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On June 10, 2014, the Court granted his application to proceed in forma pauperis in this action pursuant to 28 U.S.C. § 1915. (ECF No. 4.) On September 25, 2015, Plaintiff filed another application to proceed in forma pauperis, apparently due to some confusion. (ECF No. 24.) His application contains the scratched-out case number of one of his other cases which was administratively closed. This case's number was written above it.

    Plaintiff has already been granted leave to proceed to in forma pauperis in this action, and no further applications are needed from him. As a result, IT IS HEREBY ORDERED that his September 25, 2015 motion to proceed in forma pauperis is DENIED as moot.

IT IS SO ORDERED.

    Dated: __October 5, 2015__             /s/ Barbara A. McAuliffe
                                                          UNITED STATES MAGISTRATE JUDGE