# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK JESUS ODEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　　Defendants. | Case No. 1:14-cv-00873-LJO-BAM (PC)<br><br>ORDER GRANTING PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 29)<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff Derrick Jesus Oden ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action under 42 U.S.C. § 1983.

On May 23, 2017, the Court screened Plaintiff's third amended complaint and issued findings and recommendations recommending that: (1) Plaintiff's claims against defendants at California State Prison, Lancaster be severed and transferred to the Central District of California; (2) this action proceed on Plaintiff's claim against Defendants J. Acebedo, S. Swaim, and R. Thomas for deliberate indifference in violation of the Eighth Amendment; and (3) all other claims and defendants be dismissed from this action. (ECF No. 26.) Those findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (Id.)

On June 5, 2017, Plaintiff filed a notice of change of address and motion for extension of time to file objections. (ECF No. 27.) The Court issued an order granting Plaintiff's motion,

extending the deadline to July 12, 2017.  (ECF No. 28.)  Currently before the Court is Plaintiff's declaration filed on June 29, 2017, which the Court will construe as a second motion for extension of time.  (ECF No. 29.)

    Plaintiff states that he has been waiting since May 22, 2017 to receive his legal property from C- or D-facility, and he has submitted over 3 CDCR-22 request slip forms.  Plaintiff is currently housed in B-facility, in a cell with no paper, no type of legal supplies or access.  Plaintiff has attached copies of CDCR-22 forms, dated June 11 and May 29, 2017, requesting his legal property.  The forms indicate that they were forwarded to another staff, and the "Staff Response" section of both forms is blank.  (Id.)

    Having considered the request, the Court finds good cause to modify the briefing schedule in this matter with respect to the filing of Plaintiff's objections to the Court's findings and recommendations.  Fed. R. Civ. P. 16(b)(4).

    Accordingly, it is HEREBY ORDERED that Plaintiff's second request for an extension of time, (ECF No. 29), is GRANTED.  Plaintiff shall file any objections to the Court's findings and recommendations within **thirty (30) days** of the date of service of this order.

IT IS SO ORDERED.

    Dated:   **July 6, 2017**           /s/ *Barbara A. McAuliffe*
                                                 UNITED STATES MAGISTRATE JUDGE