# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK JESUS ODEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　　Defendants. | Case No. 1:14-cv-00873-LJO-BAM (PC)<br><br>ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION TO DISMISS<br><br>(ECF No. 42)<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

Plaintiff Derrick Jesus Oden ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action currently proceeds on Plaintiff's third amended complaint against Defendants Acebedo, Swaim, and Thomas ("Defendants") for deliberate indifference to a serious risk in violation of the Eighth Amendment.

On October 16, 2017, Defendants filed a motion to dismiss Plaintiff's third amended complaint under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted. (ECF No. 42.) Plaintiff's opposition was due on or before November 9, 2017. To date, Plaintiff has not filed an opposition.

Pursuant to Local Rule 230(l), Plaintiff is HEREBY ORDERED to file an opposition or a statement of non-opposition to Defendants' motion within **twenty-one (21) days**. **Plaintiff is**

1

**warned that the failure to comply with this order will result in dismissal of this action, with prejudice, for failure to prosecute.**

IT IS SO ORDERED.

Dated: **November 16, 2017**          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE