# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK JESUS ODEN,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Defendants. | Case No. 1:14-cv-00873-LJO-BAM (PC)<br><br>Appeal No. 19-15052<br><br>ORDER REGARDING *IN FORMA PAUPERIS* STATUS ON APPEAL |

Plaintiff Derrick Jesus Oden ("Plaintiff"), a state prisoner proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983. On December 7, 2018, the Court granted Defendants' motion to dismiss on the ground that Defendants are entitled to qualified immunity. (ECF No. 59.) Judgment was entered accordingly the same date. (ECF No. 60.) On January 3, 2019, Plaintiff filed a notice of appeal. (ECF No. 61.)

On January 28, 2019, the Ninth Circuit Court of Appeals referred the matter back to this Court for the limited purpose of determining whether *in forma pauperis* status should continue for the appeal. 28 U.S.C. § 1915(a)(3). The Court finds that this appeal is not taken in bad faith and is not frivolous. Accordingly, *in forma pauperis* status should not be revoked and should continue on appeal.

IT IS SO ORDERED.

    Dated: **January 29, 2019**            /s/ *Barbara A. McAuliffe*
                                                             UNITED STATES MAGISTRATE JUDGE